**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WELLS FARGO & COMPANY, Civil No. 01-663 (JRT/FLN)

Plaintiff,

v. **ORDER OF RECUSAL**

LOUIS LU, et al.,

Defendants.

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: May 9, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Wells Fargo & Company

vs. 01-663JMR/FLN

Louis Lu, et al

The above-entitled action has been re-assigned to Judge James M. Rosenbaum per Order of Recusal of Judge Tunheim. The Magistrate Judge remains the same. Please use the above file number and judges initials when submitting documents to filing with the court.