**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Wells Fargo & Company,

Plaintiff,

v.

Louis Lu, pacificamericanintl.co., and Network Commerce, Inc. d/b/a domainzero.com

Defendants.

Case No.: 01-663 (JMR/FLN)

**PLAINTIFFS' MOTION AND ORDER FOR EXTENSION OF TIME LIMIT OF FED. R. CIV. P. 4(m)**

Plaintiff Wells Fargo & Company hereby moves the United States District Court for the District of Minnesota for a 60 day extension of the time limit for service under Fed. R. Civ. P. 4(m). The grounds for this request are that despite diligent and repeated efforts, plaintiff has been unable to effect service of the Summons and Complaint on defendants Louis Lu and pacificamericanintl.co. Plaintiff has reason to believe that Mr. Lu, who is also the agent of service for pacificamericanintl.co, has knowledge of the claims made against him and is actively evading service in this matter. The Advisory Committee's Note to Rule 4(m) indicates that an enlargement of time for service may be justified where, as here, "the defendant is evading service." See, e.g., Fed.R.Civ.P. 4(m) Advisory Committee's Note (1993).

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Based on the foregoing, plaintiff respectfully requests that the Court extend until October 15, 2001 the time limit for plaintiff to effect service on defendants Louis Lu and pacificamericanintl.co.

Dated: August 24, 2001

**WELLS FARGO & COMPANY**

By its counsel
**FAEGRE & BENSON LLP**

Felicia J. Boyd, #186168
Julie Knox Chosy, #225228
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

**Attorneys for Plaintiff**
**Wells Fargo & Company**

M2:20407888.01

**ORDER**

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's Motion For Extension of Time Limit of Fed. R. Civ. P. 4(m) is **GRANTED**. **IT IS FURTHER ORDERED** that Plaintiff shall have until and including October 15, 2001 to effect service of the Summons and Complaint on Defendants Louis Lu and pacificamericanintl.co.

Dated: August 27, 2001

BY THE COURT

FRANKLIN L. NOEL
United States Magistrate Judge